**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00747-CV

### TRANSAMERICA LIFE INSURANCE COMPANY, Appellant

### V.

### JILLIAN HELMER, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-96-06849**

## No. 05-18-01120-CV

### IN RE TRANSAMERICA LIFE INSURANCE COMPANY, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-96-06849**

## ORDER
Before Justices Lang, Myers, and Whitehill

Before the Court is appellant's motion to consolidate appeal and original proceeding. Appellant asks the Court to consolidate its appeal docketed as cause number 05-18-00747-CV with the original proceeding filed September 25, 2018 and docketed as cause number 05-18-01120-CV in which appellant seeks a writ of mandamus.

We **GRANT** the motion and **ORDER** cause number 05-18-01120-CV **CONSOLIDATED** into cause number 05-18-00747-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-18-01120-CV and refile them in cause number 05-18-00747-CV and to treat cause number 05-18-01120-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-18-00747-CV.

We request that appellee Jillian Helmer file a response to the petition for writ of mandamus filed by appellant in cause number 05-18-01120-CV. We **DIRECT** appellee to include in her appellee's brief in cause number 05-18-00774-CV any response to the petition for writ of mandamus. The consolidated response shall be filed **by October 24, 2018**.

/s/      DOUGLAS S. LANG
             JUSTICE